## **STATEMENT OF FACTS**

     On June 21, 2005, sworn officers of the Metropolitan Police Department's Major Narcotics Branch went to xxx Xxxxxxxx Xxxxx, X.X., #x, Washington, D.C. to assist U.S. Marshals with an eviction. When officers arrived, they learned that marshals had seen the defendant, Darcell Prescott, walk away from an area where there was a gun on a chair. Marshals placed the defendant in handcuffs. Officers recovered a loaded Sentinel .22 caliber revolver, 2 ziplocks containing a large rock-like substance, 25 black ziplocks containing a white powder substance, and 4 pink ziplocks containing a white powder substance, and a wallet with the defendant's driver's license in it. A search of the defendant revealed a clear ziplock containing a rock-like substance and 1 blue ziplock containing a green weed-like substance. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the white powder substance field tested positive for opiates. The approximate weight of the white rock-like substance was 6 grams. Officers placed the defendant under arrest. After arrest the defendant gave a video taped confession, stating that his uncle had given him the gun for his protection, and that he was selling drug because he had to take care of his 12 kids. To the best of the undersigned agent's knowledge, defendant Darcell Prescott, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Maryland. Before filing this complaint, the agent reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this agent's knowledge there are no Sentinel .22 caliber revolvers nor ammunition manufactured in the District of Columbia.

 

INVESTIGATOR CLARENCE BROOKS
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME ON
THIS __ DAY OF JUNE, 2005.


U.S. MAGISTRATE JUDGE