AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Darcell Prescott
*Defendant*

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number: 05-354m

Upon motion of the __Government__, it is ORDERED that a detention hearing is set for __6-31-05__ * at __1:45__
                                                            Date                  Time

before __Magistrate Judge John M. Facciola__
              Name of Judicial Officer

__Courtroom 4 Second Floor__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                Other Custodial Official

Date: __06/22/05__                                    __John M. Facciola__
                                                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.